**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ALEJANDRO SANCHEZ,<br><br>                Plaintiff,<br><br>v.<br><br>MARIA WARD, *et al.*,<br><br>                Defendants. | Case No. 3:21-CV-00361-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS AND STAY CASE** |

On March 8, 2023, the Court granted Defendants' motion to extend time to file a dispositive motion in this case. (ECF No. 35.) Later that day, Lovelock Correctional Center returned that filing, which was addressed to Plaintiff, with a handwritten note that said, "RTS Inmate at PAR." (ECF No. 39.) The Court, through its experience, understands this note to mean Plaintiff has been paroled. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **Friday, April 7, 2023** to file a notice of change of address or this Court will recommend that this action be dismissed.

The case is hereby **STAYED** in its entirety until Plaintiff files a notice of change of address.

**DATED**: March 8, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**