UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALEJANDRO SANCHEZ, | Case No. 3:21-cv-00361-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARIA WARD, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Alejandro Sanchez brought this action against Defendants Maria Ward, Kara LeGrand, Ms. Stammer John and the Nevada Department of Corrections under 42 U.S.C. § 1983. (ECF No. 5.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending that the Court dismiss this case without prejudice because Sanchez has failed to update his address in compliance with an applicable Local Rule though he has been ordered several times to do so. (ECF No. 40.) Objections to the R&R were due April 24, 2023. To date, neither Sanchez nor Defendants have objected to the R&R. For this reason, and as explained below, the Court adopts the R&R in full and will dismiss this case without prejudice.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Judge Baldwin recommends dismissal without prejudice after explaining that Sanchez was ordered more than once to update his address in compliance with LR IA 3-1, but failed to do so. (ECF No. 40.) Like prior orders, the R&R was itself returned as undeliverable with the notation "RTS Inmate

Paroled," but Sanchez has still not updated his address. (ECF No. 42.) This reinforces for the Court its agreement with Judge Baldwin's recommendation in the R&R. Dismissal without prejudice for repeated noncompliance with Court orders and LR IA 3-1 is appropriate.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 40) is accepted and adopted in full.

It is further ordered that this case is dismissed, in its entirety, without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 1st Day of May 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE